# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRIFFIN TECHNOLOGY HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARWIRE CORPORATION, <br><br> Defendant. | Civil Action No.: 12-1308 (RGA) |

## CLEARWIRE CORPORATION'S MOTION TO DISMISS PURSUANT TO RULES 12(B)(1) AND 12(B)(6) FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM

Defendant Clearwire Corporation ("Clearwire"), by and through its respective undersigned attorneys, respectfully requests that the Court dismiss this case pursuant to Federal Rule of Civil Procedure (12)(b)(1) for lack of subject matter jurisdiction as well as pursuant to Federal Rule of Civil Procedure (12)(b)(6) for failure to state a claim.

Dated: January 9, 2013

                                                  */s/ Mary B. Matterer*
                                                  Richard K. Herrmann (#405)
                                                  Mary B. Matterer (#2696)
                                                  MORRIS JAMES LLP
                                                  500 Delaware Avenue, Suite 1500
                                                  Wilmington, DE 19801
                                                  (302) 888-6800
                                                  rherrmann@morrisjames.com
                                                  mmatterer@morrisjames.com

                                                  *Attorneys for Defendant Clearwire Corporation*

*Of counsel:*

Angel Mitchell
Beth A. Larigan
Albert F. Harris
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550
amitchell@shb.com
blarigan@shb.com
afharris@shb.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GRIFFIN TECHNOLOGY HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARWIRE CORPORATION, <br><br> Defendant. | Civil Action No.: 12-1308 (RGA) |

**[PROPOSED] ORDER**

Now pending before the Court is Clearwire Corporation's Motion to Dismiss for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). It is hereby **ORDERED** that Clearwire's motion is **GRANTED**.

**SO ORDERED THIS** __ day of _____, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

3